U.S. COURTS

JAN 29 2016

Johnny R Andoe 98609

ISCC G-120 A
PO Box 70010
Boise Idaho 83707

AFFIANT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF IDAHO

| UNITED STATES | ) | CASE NO. CV 16-65-S-CWD |
| PLAINTIFF | ) | |
| | ) | |
| VS | ) | CRIMINAL COMPLAINT BY A |
| | ) | PRIVATE CITIZEN |
| Greg Fuller, Daniel S Brown | ) | pursuant to I.C. §19-501-19-506 |
| | ) | |
| DEFENDATS | ) | |

COMES NOW JOHNNY R ANDOE, AFFIANT After first being duly sworn upon his oath and says as follows:

MR GREG Fuller and Daniel S Brown of Fuller and associates were retained December 2009 to be Defense counsel in a criminal case involving MR Johnny R Andoe and Joyce M Blackman (Andoe Formerly), And the alleged victim in what amounted originally to a he said/she said.

CRIMINAL COMPLAINT BY A PRIVATE P 1

Both, under Idaho Rules of Professional conduct had the duty to ~~pursant~~ persuant to Rule 1.1 repersent MR Andoe's Best interest, which by them not taking Joyce's hand written statement, Joyce's statements to police persuant to thier police narratives, and Joyce's (preliminary statement) preliminary hearing testimony, and Failure to enter Devorce court transcripts; As well as Failure to show that police in Narratives only noticed cuff marks to Joyce's left wrist, then 1 and 1 half hours later at St Bennidicts per thier report of Injuries; (RT eye red and swollen, RT wrist red and swollen, scratch to Rt side of nose), that these Veteran officers would have seen; As well as preventing the State from addmitting into evidence a photo taken at Jerome City police station 9½ hours after Joyce was examined at St Bennidicts; and presenting them into evidence or argueing that all these inconsistancies that are found in these documents rendered Joyce as a person Lacking credibility in her claims, while Both MR Brown and MR Fuller accepted over 17 Thousand dollars, The amount that they charged from (Defendent), Johnny R Andoe's parents; only to make a claim that the defendant (Johnny R Andoe) must accept a guilty plea, a Binding Rule 11 (f) for a suspended sentence. then allowed the State of Idaho, and Idaho Board of corrections to place MR Johnny R Andoe in prison, Breaching a Binding Rule 11 (f). In what was a original case of he said / she said claims of Domestic violence, to become clearly; kidnapping, exstortion,

CRIMINAL COMPLAINT BY A PRIVATE P9 2
ISCC Indigent Legal Paper

coersion, Fraudulent conveyance of available evidence and standard of thier ability to perform as attorney's at Law.

By using fact that MR Johnny R Andoe's Mother was in greviously poor health and claims that going to trial would result in conviction, when the evidence in Both MR Fuller, and Daniel S Browns, hands and the prosecutors, John Horgan, Paul Kreogers, would have had it properly been exsposed in court would have reduced the case to unreliable allegations by a unreliable female who had Fabricated Injuries in order to claim herself as a victim of Domestic abuse.

Resulting in the state of Idaho kidnapping and Forcing MR Johnny R Andoe to Loose all real and private property, years of his Life, his mother who died in 2013; and recieving a Fractured jaw requiring surgury and plates in it to repair it, and being placed in great danger in a Idaho state prison, Loss of employment, and even Legal remedies by Filing a appeal on meritless issues, and the Little over 17 thousand dollars, and a substantial amount of money, between 2 and 3 thousand in copies, postage, and court exspenses, for MR Andoe to without proper knowledge of the Law to undue and correct the conviction that should Never have occurred, had; Both MR Grey Fuller, Daniel S Brown actually performed thier duties as (1) their actual Legal training, and (2) oath to uphold the Laws been properly performed instead of doing very little except taking money and performing so poorly as to allow kidnapping,

kidnapping, and Destruction of a innocent mans Life.

As such Both should be charged with not only 1st degree kidnapping, exstortion, Coersion of a conviction by way of a Plea, but practicing Law in such a substandard performance, to constitute Fraudulant conveyance of the Law. By not performing duties of counsel to test merrits of states evidence, when a Non Lawyer Can find Mitigating evidence, proof of innocents and a Defense and actions said counsel should have used or performed. Constituting by Both MR Grey Fuller and Daniel S Brown's failure to perform duties of attorney of Law within reasonobly objective standards constituting a criminal acts by Both, Placing a innoceny men not only in Jeopardy of Life and Limb but as a Hostage of the State of Idaho.

The actions complained of are found in original evidence and all transcripts of case CR-2009-7429; and Case CV-2010-147, Joyce M Andoe vs. Johnny R Andoe Devorce court records, police narratives in case CR-2009-7429; and St Bennidicts Medical reports, court testimony, Joyce's handwritten statement, Fuller and associates own Financial records of receipt of money from December 2009 to June 2011.

There is MR Ralph Andoe who can independantly Identify the retaining and paying for MR Fuller and MR Brown's services and the Lack of sufficient, effective, efficient services.

"No Formal or Detailed charge, or Description of an offense is Neccessary in the complaint before a Magistrate;" All that is required is a general Description or Designation of the offense so that the Defendants may be given a fair opportunity to know by a pro-offered preliminary examination, the general character and outline of the offense for which he is to have an examination.

STATE v. Woodard, 41 Idaho 353, 238 P. 525 (1925).

Declaring that Noone is above the Law; and because there was no Legal authority to committ these actions, These actions were done against myself and my family in a NON public and public Location. Defendants were completely Lacking any Lawful grounds what so ever.

At this hearing MR Grey Fuller and Daniel S Brown, Do not have the right to appear and defend just as no other citizen does.

## AUTHORITY TO ISSUE WARRANTS

The Idaho Code Annotated states "... The Complaint must set Fourth the Facts stated by the complaining witness, Lending to establish the commission of the offense, and guilt of Defendant." I.C. § 19-506

As applied to this case Johnny R Andoc has alleged that Grey Fuller and Daniel S Brown Failed to perform duties in accordance to Idaho Rules of Professional conduct 1.1 as Legal counsel out of greed, inability to examine and present Mitigating evidence, while collecting fees, appearing in court, and coersing defendant;

CRIMINAL COMPLAINT BY A PRIVATE pg 5
ISCC Indigent Legal Paper

Defendant's family; Resulting in Loss of employment, Loss of Home, vehicle and other personal property, Imprisonment, Loss of time with terminally Ill parent now Deceased, A Fractured Jaw, Pain and suffering, and in addition to more than 17 thousand dollars collected as fees, money in excess of 2 thousand dollars, Legal remedies and Years of a innocent mans Life, mental and emotional trama, defimation of a innocent mans character and reputation.

There is no doubt but that this document gives enough information for this court to issue warrants sought.

Idaho Code Annotated, I.C. §19-504 Contains Commanding Language. It state's, "when a complaint which has been subscribed to under Oath by the party or parties Lodging the same, is Laid before a Magistrate alleging facts constituting the Commission of a public offense triable within the county or city ordinance, The Magistrate shall order the clerk of the court to file the Complaint and refer the complaint to the appropriate county or city prosecuting attorney for Further action."

There is more than enough evidence to support probable cause for arrest warrants to be issued on these grounds.

The Idaho Code Annotated, and <u>State v. Morris</u>, 81 Idaho 267, 340 P.2d 447 (1959), provides, "... the Complaint serves as a Deposition on which to effect the arrest of an individual, and to commence the prosecution of a crime."

The Idaho Code Annotated I.C. §19-501, states, "... A complaint can be filed by a private citizen." Howard v. Felton, 85 Idaho 267, 379 P.2d 414 (1963); Clark v. Meehl, 98 Idaho 641, 570 P.2d 1331 (1977); State v. Murphy, 99 Idaho 511, 584 P.2d 1236 (1978).

There is no doubt that this complaint is in conformity to statute, and therefore arrest warrants should be issued.

The Affiant is entitled to equal protection of the laws and all judicial procedures as are other citizens, even though the defendants are attorney's who committed these crimes.

Therefore it is requested that a "special prosecutor" be requested from the office of the State or Federal Attorney General's office.

Oath of Affidavits

Comes now Johnny R Ardoe the Affiant Herein, who Ayer and state as follows;

That I have read this complaint, that I know the contents there of and so believe them to be true to the best of my knowledge, as subscribed to as after being sworn and upon Oath, under the priority of perjury under the Laws of the UNITED STATES, and the State of Idaho, the affiant being a citizen there of.

Further your affiant seyeth naught

Dated this 26 day of Jan, 20 16.

_John anke_
Signature

SUBSCRIBED AND SWORN to before me this 26 day of January, 2016

R VERHAGE
NOTARY PUBLIC
STATE OF IDAHO

Notary Public of IDAHO
Commission expires: 5/17/19

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 26 day of Jan, 20 16, I mailed a true and correct copy of the CRIMINAL COMPLAINT BY A PRIVATE CITIZEN, via prison mail system for processing to the U.S Mail system to:

U.S. DISTRICT COURT MAGISTRATE Judge Candy W Dale
550 W Fort St Boise Idaho 83724

_John anke_
AFFIANT

CRIMINAL COMPLAINT BY A PRIVATE  pg 8